**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 3 EAL 2024

       Respondent                  :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

       v.                           :

                                         :

RAHEEM HUTCHINSON,             :

                                         :

       Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.